UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════

UNITED STATES OF AMERICA,

|  |  |
|---|---|
| v. | **DECISION AND ORDER**<br>26-CR-47-A |

MA LE JONES,

                                   Defendant.

═══════════════════════════════════════

The Court referred (Dkt. No. 11) this case to Magistrate Judge Jeremiah J. McCarthy to take Defendant Ma Le Jones's plea of guilty, to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to make a recommendation to this Court whether a plea of guilty should be accepted.  Defendant consented to proceed before the Magistrate Judge (Dkt. No. 12), and on March 25, 2026, Defendant appeared before Magistrate Judge McCarthy and waived his right to indictment (Dkt. No. 13) and entered a plea of guilty to a one-count information (Dkt. No. 14) charging him with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §924(c)(1)(A)(i), pursuant to a written plea agreement (Dkt. No. 15).

Magistrate Judge McCarthy issued a Report and Recommendation ("R&R") (Dkt. No. 17) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  No timely objections to the R&R have been filed.

Upon review of the waiver of indictment, the information, the plea agreement, the plea transcript (Dkt. No. 18), and the R&R, the Court finds that all the requirements of

Federal Rules of Criminal Procedure Rule 11 have been carefully followed.  Defendant's waiver of his right to indictment together with his plea of guilty were knowing, voluntary, and supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.

**Sentencing is scheduled for August 14, 2026, at 11:30 AM.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

__s/Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 13, 2026
        Buffalo, New York

2